UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00198 |
| | ) | JUDGE CAMPBELL |
| THOMAS JUDE ROY | ) | |

## ORDER

Pending before the Court is the Government's Motion to Reset Sentencing Hearing (Docket No. 48). The Motion is GRANTED.

The sentencing hearing currently scheduled for August 15, 2012, is RESCHEDULED for August 24, 2012, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE