UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:10-00198 |
| | ) JUDGE CAMPBELL |
| THOMAS JUDE ROY | ) |

## ORDER

Pending before the Court is a Motion for Leave to File Late Sentencing Memorandum (Docket No. 50). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE